# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02622-NRN

GEORGE WILLIAMS LLLP,

    Plaintiff,

v.

ROTO-ROOTER SERVICES COMPANY.

    Defendant.


ROTO-ROOTER SERVICES COMPANY,

    Third-Party Plaintiff,

v.

DENVER SEWER AND WATER.

    Third-Party Defendant.

---

## DEFENDANT'S NOTICE OF FILING CURRENT STATE COURT DOCKET SHEET

    Defendant Roto-Rooter Services Company ("Defendant"), by and through its attorneys, Hall & Evans, LLC, hereby files a copy of the current state court docket sheet from Civil Case No. 2024CV030690 of the Boulder County District Court which was removed by Defendant to the United States District Court for the District of Colorado on September 23, 2024.

    Pursuant to D.C.COLO.LCivR 81.1(B), attached hereto as **Exhibit A** is the current state court docket sheet. No additional pleadings have been filed in the state court since Defendant filed its Notice of Removal in this Court (and provided notice of same to the state court) on September

23, 2024. The undersigned certifies that, as set forth in the attached docket sheet, there are no outstanding or pending motions, responses, replies, or associated briefs, and the state court case is currently designated as "Case Closed – Transferred."

Respectfully submitted this 8th day of October, 2024.

                            Hall & Evans, LLC

                            */s/ W. Andrew Figel*
                            Heather Thomas, Esq.
                            W. Andrew Figel, Esq.
                            1001 17th Street, Suite 300
                            Denver, CO 80202
                            Phone: (303) 628-3300
                            Fax: (303) 628-3368
                            thomash@hallevans.com
                            figelw@hallevans.com
                            *Attorneys For Defendant*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 8th day of October, 2024, a true and correct copy of the foregoing was filed with the Court via CM/ECF and served on the below-listed party by email:

Robert C. Podoll, Esq.
Christopher R. Corkadel, Esq.
Jacqueline E.M. Hill, Esq.
PODOLL & PODOLL, P.C.
5619 DTC Parkway, Suite 1100
Greenwood Village, CO 80111

               *s/ Holly Rogers*
               Holly Rogers, Legal Assistant