# EXHIBIT A

## Register of Actions

| | | | | | |
|---|---|---|---|---|---|
| ☐ | Filed by Plaintiff/Petitioner | **Case Number:** 2024CV030690 | | **Division:** | 5 |
| ☐ | Filed by Defendant/Respondent | **Case Type:** Breach of Contract | | **Judicial Officer:** | Nancy W. Salomone |
| ☐ | Filed by Court | **Case Caption:** George Williams Lllp v. Roto Rooter Services Company | | **Court Location:** | Boulder County |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A | 09/24/2024 12:00 AM | N/A | N/A | N/A | Case Closed - Transferred | N/A | |
| A6F3F7565637A | 09/23/2024 3:48 PM | Heather Anderson Thomas, Walter Andrew Figel | Hall and Evans LLC | Roto Rooter Services Company | Notice | Notice of Filing of Notice of Removal | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit A - Notice of Removal | Protected |
| E9A3B36147AC2 | 09/18/2024 12:43 PM | Heather Anderson Thomas, Walter Andrew Figel | Hall and Evans LLC | Roto Rooter Services Company | Answer and 3rd Party Complaint w/Jury Demand *(Related Document)* | Roto-Rooter Services Company's Answer to Complaint and Jury Demand and Third-Party Complaint | Public |
| | | | | | Civil Case Cover Sheet *(Related Document)* | Civil Case Cover Sheet - 16.1 Does Not Apply | Public |
| D9C5EECC25928 | 09/04/2024 1:33 PM | Christopher Ryan Corkadel | Podoll and Podoll PC | George Williams Lllp | Return of Service | Affidavit of Service of Summons, Complaint, and District Court Civil Case Cover Sheet Upon Corporation Service Company, Registered Agent for Defendant Roto Rooter Services Company 08/26/24 | Public |
| 680BA8DDE9A56 | 08/19/2024 3:29 PM | Christopher Ryan Corkadel | Podoll and Podoll PC | George Williams Lllp | Complaint w/Jury Demand *(Related Document)* | Complaint w/Jury Demand | Public |
| | | | | | Summons | Summons | Public |
| | | | | | Civil Case Cover Sheet | Civil Case Cover Sheet - 16.1 Not Applicable | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney/Paraprofessional Name |
|---|---|---|---|
| Denver Sewer And Water | 3rd Party Defendant | Active | N/A |
| George Williams Lllp | Plaintiff | Active | CHRISTOPHER RYAN CORKADEL (Podoll and Podoll PC)<br>ROBERT PODOLL (Podoll and Podoll PC) |
| Roto Rooter Services Company | Defendant | Active | HEATHER ANDERSON THOMAS (Hall and Evans LLC)<br>WALTER ANDREW FIGEL (Hall and Evans LLC) |