AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT

for the

District of Colorado

GEORGE WILLIAMS LLLP
*Plaintiff*
v.
ROTO-ROOTER SERVICES COMPANY
*Defendant, Third-party plaintiff*
v.
DENVER SEWER AND WATER
*Third-party defendant*

Civil Action No. 1:24-cv-02622

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)* Denver Sewer & Water
10860 Dover Street, Suite 2300
Broomfield, Colorado 80021

A lawsuit has been filed against defendant ROTO-ROOTER, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff GEORGE WILLIAMS LLLP.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
HEATHER THOMAS, ESQ. & W. ANDREW FIGEL, ESQ.
1001 17TH STREET SUITE 300 DENVER, COLORADO 80202
303 628-3330

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
ROBERT C. PODOLL, ESQ. & CHRISTOPHER R. CORKADEL, ESQ.
5619 DTC PARKWAY SUITE 1100 GREENWOOD VILLAGE, COLORADO 80111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: 10/11/2024

UNITED STATES DISTRICT COURT DISTRICT OF COLORADO

*CLERK OF COURT*

s/C. Madrid
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:24-cv-02622

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* DENVER SEWER AND WATER
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*: ______________
______________ .

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc: