# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02622-NRN

**GEORGE WILLIAMS LLLP**

    Plaintiff,

v.

**ROTO-ROOTER SERVICES COMPANY**

    Defendant.

**ENTRY OF APPEARANCE OF ROBERT C. PODOLL AND PODOLL & PODOLL, P.C., ON BEHALF OF PLAINTIFF, GEORGE WILLIAMS LLLP**

COMES NOW Robert C. Podoll of the law firm of Podoll & Podoll, P.C., 5619 DTC Parkway, Suite 1100, Greenwood Village, Colorado 80111, telephone number (303) 861-4000, hereby enters their appearance on behalf of the Plaintiff, George Williams LLLP.

Dated: November 7, 2024.

*Respectfully submitted,*

**PODOLL & PODOLL, P.C.**

*/s/Robert C. Podoll*
Robert C. Podoll, Atty. Reg. #8776
PODOLL & PODOLL, P.C.
5619 DTC Parkway, Suite 1100
Greenwood Village, Colorado 80111
Phone: (303) 861-4000
Email: Rob@podoll.net
***Attorney for Plaintiff George Williams LLLP***

CERTIFICATE OF SERVICE

       I certify that on November 7, 2024, a true and correct copy of the foregoing was electronically served on all parties properly registered to receive notice via the Court's CM/ECF system, including the following counsel:

Heather Thomas, Esq.
W. Andrew Figel, Esq.
Hall & Evans, LLC
1701 17th Street, Suite 300
Denver, CO 80202

                                      */s/Robert C. Podoll*
                                         Robert C. Podoll