IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02622-TPO

GEORGE WILLIAMS LLLP,

    Plaintiff,

v.

ROTO-ROOTER SERVICES CO.,
a subsidiary of Roto-Rooter Group, Inc.,

    Defendant.

-------------------------------------------------

ROTO-ROOTER SERVICES CO.,
a subsidiary of Roto-Rooter Group, Inc.,

    Third-Party Plaintiff,

v.

DENVER SEWER AND WATER,

    Third-Party Defendant.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on November 27, 2024.**

    This matter comes before the Court upon its own motion.

    The Court hereby advises the Parties that in light of the case's re-assignment, the **location** of the Scheduling Conference has **changed**. The Scheduling Conference, set for December 19, 2024 at 2:00 p.m., now will take place in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse at 1929 Stout Street, Denver, Colorado.

    This will be an **in-person** proceeding.

    The Parties shall complete and file the Magistrate Judge Consent Form [ECF 8] on or before **December 12, 2024**.

The Parties shall meet in accordance with Fed. R. Civ. P. 26(f) and jointly prepare a proposed Scheduling Order. The Parties shall prepare the proposed Scheduling Order in accordance with the form that may be downloaded from the Forms section of the Court's website, www.cod.uscourts.gov.

**No later than five business days** prior to the Scheduling Conference, the Parties shall (1) file the proposed Scheduling Order with the Clerk's Office, and in accordance with District of Colorado Electronic Case Filing ("ECF") Procedures and (2) submit **the proposed Scheduling Order in Word format by joint email, copying all Parties, to Chambers at *o'hara_chambers@cod.uscourts.gov*.**

Should a discovery dispute arise, the Parties shall follow the procedure set out at Section VI of the Magistrate Judges' Uniform Civil Practice Standards (D.C.COLO.MJ). Rather than file a motion about a discovery dispute, the Parties first shall confer about the matter. If the Parties are unable to resolve the dispute on their own, then the Party seeking relief shall request a Discovery Conference with the Court by sending an email, copied to all Parties, to *o'hara_chambers@cod.uscourts.gov*. The Court will issue an order to schedule the Discovery Conference and to provide the Parties with instructions on how to proceed. The Court will determine at the conference whether to grant leave to file the motion. (As permitted by D.C.COLO.MJ § VI, a motion may be filed <u>without</u> the prerequisite discovery conference for discovery that concerns a pro se incarcerated litigant or a third party.)

The Court notes that Defendant removed this civil action on the basis of diversity of citizenship. Defendant pleads that Plaintiff is a Colorado business entity. [ECF 1 at ¶ 14]. However, Defendant does not plead the citizenship of the Plaintiff LLLP's members which also is required for the diversity of citizenship analysis. *See Asher Invs. 3 LLLP v. Travelers Prop. Cas. Co. of Am*., 2010 WL 3926140 (D. Colo. 2010). Therefore, Plaintiff shall make a disclosure pursuant to Rule 7.1, Fed. R. Civ. P., by **December 12, 2024.**

Defendant pleads that the Third-Party Defendant, Denver Sewer and Water, is a Colorado corporation but without specifying what its corporate form is. However, that Party has not yet appeared in this civil action.

The Court notes that Defendant makes its own disclosure at ECF 2.