IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02622-TPO

GEORGE WILLIAMS LLLP,

    Plaintiff,

v.

ROTO-ROOTER SERVICES CO.,
a subsidiary of Roto-Rooter Group, Inc.,

    Defendant.

-------------------------------------------------

ROTO-ROOTER SERVICES CO.,
a subsidiary of Roto-Rooter Group, Inc.,

    Third-Party Plaintiff,

v.

DENVER SEWER AND WATER,

    Third-Party Defendant.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on December 13, 2024.**

    This matter comes before the Court upon its own review of the case record.

    The Scheduling Conference, currently set on December 19, 2024 at 2:00 p.m,, is **converted** to a Status Conference.

    At the Status Conference, the Defendant shall be prepared to discuss its plan for how to proceed with respect to the Third-Party Defendant who has not yet appeared and who may be in default.

    In addition, the Plaintiff shall be prepared to discuss its Rule 7.1 Disclosure which the Court required at ECF 22 but the Plaintiff has not yet filed.