**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-02622-TPO

GEORGE WILLIAMS LLLP,
          Plaintiff,

v.

ROTO-ROOTER SERVICES COMPANY.
          Defendant, Third-Party Plaintiff,

v.

DENVER SEWER AND WATER.
          Third-Party Defendant.

---

## DISCLOSURE STATEMENT

---

This Disclosure Statement is filed on behalf of George Williams LLLP in compliance with the provisions of Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, which provides that in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement must name, and identify the citizenship of, every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

Pursuant to Fed. R. Civ. P. 7.1(a)(2), the filing party, or intervenor, hereby declares the following names and citizenships of every individual or entity whose citizenship is attributed to that party or intervenor: (Attach additional pages if needed.)

George Williams LLLP
Party or Intervenor Name

State of Colorado
Citizenship


Roto-Rooter Services Company
Party or Intervenor Name

State of Iowa
Citizenship


Denver Sewer and Water
Party or Intervenor Name

State of Colorado
Citizenship


**A supplemental disclosure statement will be filed upon any change in the information provided herein.**


December 19, 2024
Date

/s/ Christopher R. Corkadel
Signature


Counsel for:    George Williams LLLP