IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Timothy P. O'Hara**

Civil Action: 24-cv-02622-TPO        Date: December 19, 2024
Courtroom Deputy: Jesse Torres        FTR: Courtroom C402

| *Parties:* | *Counsel:* |
|---|---|
| GEORGE WILLIAMS LLLP, | Christopher Corkadel |
|    Plaintiff, | |
| v. | |
| ROTO-ROOTER SERVICES COMPANY, | Andrew Figel |
|    Defendant. | |

-------------------------------------------------------

| | |
|---|---|
| ROTO-ROOTER SERVICES COMPANY, | |
|    Third-Party Plaintiff, | |
| v. | |
| DENVER SEWER AND WATER, | No Appearance |
|    Third-Party Defendant. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**

**Court in session: 2:08 p.m.**

Court calls case. Appearances of counsel.

This matter is before the court regarding the status of the case.

Discussion is held regarding Plaintiff's Rule 7.1 Disclosure Statement [ECF 26].

Discussion is held regarding the status of the Third-Party Defendant's appearance in this case. Defendant/Third-Party Plaintiff advises the Court that it intends to file a motion for leave to

amend its Third-Party Complaint, which may add an additional Third-Party Defendant to this case.

For the reasons stated on the record, it is:

**ORDERED:**  Plaintiff shall file an Amended Rule 7.1 Disclosure Statement, naming the citizenship of each partner and interested party of its LLLP, on or before **January 2, 2025.**

Defendant/Third-Party Plaintiff shall have until **January 24, 2025,** to file any motion to amend its Third-Party Complaint or appropriate request for entry of default.

A combined Status Conference and Scheduling Conference is set for **March 19, 2025, at 10:00 a.m.** before U.S. Magistrate Judge Timothy P. O'Hara in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse at 1929 Stout Street, Denver, Colorado. **No later than five business days** prior to the Scheduling Conference, the Parties shall (1) file an updated proposed Scheduling Order with the Clerk's Office, and in accordance with District of Colorado Electronic Case Filing (ECF) Procedures and (2) **submit the proposed Scheduling Order in Word format by joint email, copying all Parties, to Chambers at** o'hara_chambers@cod.uscourts.gov.

HEARING CONCLUDED.

**Court in recess: 2:38 p.m.**
Total time in court: 00:30

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.