**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-02622-TPO

GEORGE WILLIAMS LLLP,
    Plaintiff,

v.

ROTO-ROOTER SERVICES COMPANY.
    Defendant, Third-Party Plaintiff,

v.

DENVER SEWER AND WATER.
    Third-Party Defendant.

**AMENDED DISCLOSURE STATEMENT**

This Disclosure Statement is filed on behalf of George Williams LLLP in compliance with the provisions of Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, which provides that in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement must name, and identify the citizenship of, every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

Pursuant to Fed. R. Civ. P. 7.1(a)(2), the filing party, or intervenor, hereby declares the following names and citizenships of every individual or entity whose citizenship is attributed to that party or intervenor: (Attach additional pages if needed.)

| | |
|---|---|
| George Williams LLLP | State of Colorado |
| Plaintiff | Citizenship |
| | |
| Petur S. Williams | State of Colorado |
| George Williams, LLLP, General Partner | Citizenship |
| | |
| Ilon S.G. Thijs | State of Colorado |
| George Williams, LLLP, Limited Partner | Citizenship |
| | |
| Gemma S. Williams | State of Colorado |
| George Williams, LLLP, Limited Partner | Citizenship |
| | |
| Tysson George Williams | State of Colorado |
| George Williams, LLLP, Limited Partner | Citizenship |
| | |
| Williams Family, LLC | State of Colorado |
| George Williams, LLLP, Limited Partner | Citizenship |

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

| | |
|---|---|
| December 19, 2024 | */s/ Christopher R. Corkadel* |
| Date | Signature |

Counsel for: George Williams, LLLP