IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:24-cv-02622-TPO

GEORGE WILLIAMS LLLP
    Plaintiff

v.

ROTO-ROOTER SERVICES COMPANY
    Defendant/Third-Party Plaintiff

v.

DENVER SEWER AND WATER
    Third-Party Defendant

## NOTICE OF ENTRY OF APPEARANCE

L. Kathleen Chaney, Esq. of the law firm Lambdin & Chaney, LLP, hereby enters her appearance on behalf of Third-Party Defendant, Denver Sewer and Water. L. Kathleen Chaney, Esq. herein certifies that she is a member in good standing of the bar of this court.

DATED this 15th day of January, 2025.

/s/ L. Kathleen Chaney
L. Kathleen Chaney
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
(303) 799-3700 (facsimile)
Email: kchaney@lclaw.net
*Attorneys for Third Party Defendant Denver Sewer and Water*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of January, 2025, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Robert C. Podoll, Esq.
Christopher R. Corkadel, Esq.
Jacqueline E.M. Hill, Esq.
Podoll & Podoll, P.C.
5619 DTC Parkway, Suite 1100
Greenwood Village, CO 80111
Tel: (303) 861-4000
Fax: (303) 861-4004
Rob@Podoll.net; Chris@Podoll.net
Jacqui@podoll.net
*Attorneys for Plaintiff*

Heather Thomas, Esq.
W. Andrew Figel, Esq.
Hall & Evans, LLC
1001 17th Street, Suite 300
Denver, CO 80202
Phone: (303) 628-3300
Fax: (303) 628-3368
thomash@hallevans.com;
figelw@hallevans.com
*Attorneys For Defendant Roto Rooter*

*Printed copy with original signature on file at the office of Lambdin & Chaney, LLP*

/s/ L. Kathleen Chaney
L. Kathleen Chaney
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
(303) 799-3700 (facsimile)
Email: kchaney@lclaw.net
*Attorneys for Third Party Defendant Denver Sewer and Water*