IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02622-TPO

GEORGE WILLIAMS LLLP,

    Plaintiff,

v.

ROTO-ROOTER SERVICES COMPANY.

    Defendant.


ROTO-ROOTER SERVICES COMPANY,

    Third-Party Plaintiff,

v.

DENVER SEWER AND WATER.

    Third-Party Defendant.

---

**ORDER GRANTING
THIRD-PARTY PLAINTIFF ROTO-ROOTER SERVICES COMPANY'S <u>UNOPPOSED</u>
MOTION FOR LEAVE TO FILE AMENDED THIRD-PARTY COMPLAINT**

---

    This matter coming before the Court on Third-Party Plaintiff Roto-Rooter Services Company's <u>*Unopposed*</u> *Motion for Leave to File Amended Third-Party Complaint* (the "Motion"), pursuant to Fed. R. Civ. P. 15(a)(2) and D.C.COLO.LCivR 15.1(a),

    The Court, having considered the Motion and being fully apprised in the matter,

    IT IS HEREBY ORDERED that the Motion is GRANTED.

    Third-Party Plaintiff Roto-Rooter Services Company shall file the Amended Third-Party Complaint, separately onto the docket sheet, by _____, 2025.

DATED at Denver, Colorado, this _____ day of January 2025.

                BY THE COURT:

_____
Timothy P. O'Hara
United States Magistrate Judge