IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02622-TPO

GEORGE WILLIAMS LLLP,

    Plaintiff,

v.

ROTO-ROOTER SERVICES CO.,
a subsidiary of Roto-Rooter Group, Inc.,

    Defendant.

-------------------------------------------------

ROTO-ROOTER SERVICES CO.,
a subsidiary of Roto-Rooter Group, Inc.,

    Third-Party Plaintiff,

v.

DENVER SEWER AND WATER [INC.] and
AFFORD-A-ROOTER, INC.,

    Third-Party Defendants.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on January 27, 2025.**

    Before this Court is the Motion for Leave to File Amended Third-Party Complaint [ECF 32], which Third-Party Plaintiff, Roto-Rooter Services Co. ("Roto-Rooter"), brings pursuant to Rule 15(a)(2), Fed. R. Civ. P. As Roto-Rooter explains in its Motion, it seeks to add a new Third-Party Defendant who allegedly took action related to the underlying dispute and who it believes is affiliated with the already named Third-Party Defendant, Denver Sewer and Water ("DSW").

    The Parties discussed this matter at the Status Conference on December 19, 2024, and Roto-Rooter timely files its Motion.

    DSW and Plaintiff do not oppose the Motion.

This Court sees none of the reasons discussed in *Maloney v. City of Pueblo*, 323 F.R.D. 358, 360 (D. Colo. 2018) (quoting *Frank v. U.S. West, Inc.*, 3 F.3d 1357, 1365 (10th Cir. 1993)), for why it should deny leave to make this amendment.

For good cause shown and noting that it is unopposed, the Motion [ECF 32] is **granted**. Roto-Rooter shall file a "clean" copy of its proposed First Amended Third-Party Complaint [ECF 32-1] separately onto the case docket sheet by **January 31, 2025**.

Roto-Rooter shall comply with the standard procedural rules and deadline for serving the First Amended Third-Party Complaint on the newly added party.

DSW shall comply with the standard procedural rules and deadline for filing its answer or otherwise respond to the First Amended Third-Party Complaint.