IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:24-cv-02622-TPO

GEORGE WILLIAMS LLLP
    Plaintiff

v.

ROTO-ROOTER SERVICES COMPANY
    Defendant/Third-Party Plaintiff

v.

DENVER SEWER AND WATER
    Third-Party Defendant

## NOTICE OF ENTRY OF APPEARANCE

Melissa D. Marks, Esq. of the law firm Lambdin & Chaney, LLP, hereby enters her appearance on behalf of Third-Party Defendant, Denver Sewer and Water. Melissa D. Marks, Esq. herein certifies that she is a member in good standing of the bar of this court.

DATED this 3rd day of February, 2025.

/s/ *Melissa D. Marks*
L. Kathleen Chaney
Melissa D. Marks
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
(303) 799-3700 (facsimile)
Email: kchaney@lclaw.net; mmarks@lclaw.net
*Attorneys for Third Party Defendant Denver Sewer and Water*

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 3rd day of February, 2025, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Robert C. Podoll, Esq.<br>Christopher R. Corkadel, Esq.<br>Jacqueline E.M. Hill, Esq.<br>Podoll & Podoll, P.C.<br>5619 DTC Parkway, Suite 1100<br>Greenwood Village, CO 80111<br>Tel: (303) 861-4000<br>Fax: (303) 861-4004<br>Rob@Podoll.net; Chris@Podoll.net<br>Jacqui@podoll.net<br>*Attorneys for Plaintiff* | Heather Thomas, Esq.<br>W. Andrew Figel, Esq.<br>Hall & Evans, LLC<br>1001 17th Street, Suite 300<br>Denver, CO 80202<br>Phone: (303) 628-3300<br>Fax: (303) 628-3368<br>thomash@hallevans.com;<br>figelw@hallevans.com<br>*Attorneys For Defendant Roto Rooter* |

*Printed copy with original signature on file at the office of Lambdin & Chaney, LLP*

/s/ *Melissa D. Marks*
L. Kathleen Chaney
Melissa D. Marks
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
(303) 799-3700 (facsimile)
Email: kchaney@lclaw.net; mmarks@lclaw.net
*Attorneys for Third Party Defendant Denver Sewer and Water*