IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02622-TPO

GEORGE WILLIAMS LLLP,

    Plaintiff,

v.

ROTO-ROOTER SERVICES COMPANY.

    Defendant.

ROTO-ROOTER SERVICES COMPANY,

    Third-Party Plaintiff,

v.

DENVER SEWER AND WATER and AFFORD-A-ROOTER, INC.

    Third-Party Defendants.

## WAIVER AND ACCEPTANCE OF SERVICE OF AMENDED THIRD-PARTY COMPLAINT

    I, Melissa D. Marks, Esq., am counsel for Third-Party Defendant Afford-A-Rooter, Inc. ("Afford-A-Rooter"), and I am authorized to waive and accept service on behalf of Afford-A-Rooter of the *Amended Third-Party Complaint* [ECF 34] filed in this matter by Third-Party Plaintiff Roto-Rooter Services Company, as if the same were formally served upon Afford-A-Rooter in compliance with Fed.R.Civ.P. 4(e). Afford-A-Rooter consents to the jurisdiction of this

Court as if personal service had been effectuated and hereby waives the necessity for any other service of process, as well as any objections to the absence of a summons or of service.

Dated this 3rd day of February, 2025.

*Melissa D. Marks*
Digitally signed by Melissa D. Marks
DN: cn=Melissa D. Marks, o=Lambdin & Chaney LLP, ou, email=mmarks@lclaw.net, c=US
Date: 2025.02.03 13:01:54 -07'00'

L. Kathleen Chaney, Esq.
Melissa D. Marks, Esq.
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, Colorado 80237
Ph: (303) 799-8889
kchaney@lclaw.net; mmarks@lclaw.net

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 7th day of February, 2025, a true and correct copy of the foregoing was filed with the Court and served on the below-listed parties via CM/ECF:

| | |
|---|---|
| Robert C. Podoll, Esq.<br>Christopher R. Corkadel, Esq.<br>Jacqueline E.M. Hill, Esq.<br>Podoll & Podoll, P.C.<br>5619 DTC Parkway, Suite 1100<br>Greenwood Village, CO 80111<br>303 861-4000 / 303 861-4004<br>rob@podoll.net<br>chris@podoll.net<br>jacqui@podoll.net<br>*Attorneys for Plaintiff* | L. Kathleen Chaney, Esq.<br>Melissa D. Marks, Esq.<br>Lambdin & Chaney, LLP<br>4949 South Syracuse Street, Suite 600<br>Denver, Colorado 80237<br>303 799-8889 / 303 799-3700<br>kchaney@lclaw.net<br>mmarks@lclaw.net<br>*Attorneys for Third-Party Defendants* |

                                        *s/ Natali Isakharov*
                                        Natali Isakharov, Legal Assistant