IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:24-cv-02622-TPO

GEORGE WILLIAMS LLLP
    Plaintiff

v.

ROTO-ROOTER SERVICES COMPANY
    Defendant/Third-Party Plaintiff

v.

DENVER SEWER AND WATER and AFFORD-A-ROOTER, INC.
    Third-Party Defendants

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Third-Party Defendant, Afford-A-Rooter, Inc. [Afford-A-Rooter], by and through its attorney Melissa D. Marks of Lambdin & Chaney, LLP, makes the following disclosure:

1. Afford-A-Rooter identifies the following names and citizenships of every individual or entity whose citizenship is attributed to that party or intervenor:
   a. Third-Party Defendant Afford-A-Rooter is a Colorado corporation with its principal place of business and incorporation in Colorado.
      i. Afford-A-Rooter does not have a parent company, and no publicly held corporation owns 10% or more of its stock.

DATED this 14th day of February 2025.

                                      */s/ Melissa D. Marks*
                                      L. Kathleen Chaney, #29358
                                      Melissa D. Marks, #47224

LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
(303) 799-3700 (facsimile)
Email:  kchaney@lclaw.net
            mmarks@lclaw.net
*Attorneys for Third Party Defendant Denver Sewer and Water and Afford-A-Rooter, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of February, 2025, a true and correct copy of the foregoing **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** was filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Robert C. Podoll, Esq.
Christopher R. Corkadel, Esq.
Jacqueline E.M. Hill, Esq.
Podoll & Podoll, P.C.
5619 DTC Parkway, Suite 1100
Greenwood Village, CO 80111
Tel: (303) 861-4000
Fax: (303) 861-4004
Rob@Podoll.net; Chris@Podoll.net
Jacqui@podoll.net
*Attorneys for Plaintiff*

Heather Thomas, Esq.
W. Andrew Figel, Esq.
Hall & Evans, LLC
1001 17th Street, Suite 300
Denver, CO 80202
Phone: (303) 628-3300
Fax: (303) 628-3368
thomash@hallevans.com;
figelw@hallevans.com
*Attorneys For Defendant Roto Rooter*

*Printed copy with original signature on file at the office of Lambdin & Chaney, LLP*

*/s/ Melissa D. Marks*
Melissa D. Marks

2