IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02622-TPO

GEORGE WILLIAMS LLLP,

    Plaintiff,

v.

ROTO-ROOTER SERVICES CO.,
a subsidiary of Roto-Rooter Group, Inc.,

    Defendant.

------------------------------------------------

ROTO-ROOTER SERVICES CO.,
a subsidiary of Roto-Rooter Group, Inc.,

    Third-Party Plaintiff,

v.

DENVER SEWER AND WATER [INC.] and
AFFORD-A-ROOTER, INC.,

    Third-Party Defendants.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on February 18, 2025.**

    This matter comes before this Court upon its own review of the case record.

    This Court notes that while the Plaintiff and Defendant filed the Magistrate Consent Form at ECF 24, the two Third-Party Defendants have not done so. Therefore, in preparation for the upcoming combined Status and Scheduling Conferences [ECF 27], the Third-Party Defendants shall separately complete and file the Magistrate Judge Consent Form [ECF 8] by **February 28, 2025**.

    This Court also directs the Clerk of Court to **terminate** as a pending motion the Rule 7.1 Corporate Disclosure Statement [ECF 39] filed by Third-Party Defendant, Afford-A-Rooter, Inc.