IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Timothy P. O'Hara**

| | |
|---|---|
| Civil Action: 24-cv-02622-TPO | Date: March 19, 2025 |
| Courtroom Deputy: Jesse Torres | FTR – Courtroom C-402 |

| *Parties:* | *Counsel:* |
|---|---|
| GEORGE WILLIAMS LLLP, | Christopher Corkadel |
|    Plaintiff, | |
| v. | |
| ROTO-ROOTER SERVICES COMPANY, | W. Andrew Figel |
|    Defendant. | |
| -------------------------------------------------- | |
| ROTO-ROOTER SERVICES COMPANY, | W. Andrew Figel |
|    Third-Party Plaintiff, | |
| v. | |
| DENVER SEWER AND WATER and AFFORD-A-ROOTER, INC., | Melissa Marks |
|    Third-Party Defendants. | |

## COURTROOM MINUTES

**STATUS/SCHEDULING CONFERENCE**

**Court in session: 10:05 a.m.**

Court calls case. Appearances of counsel.

This matter is before the Court regarding the status of the case and to conduct a Scheduling Conference.

Discussion is held regarding the status of the case. Counsel for Third-Party Defendants advises the Court of her intent to file a motion for leave to withdraw as attorney pending Third-Party Defendants' retention of new counsel.

Discussion is held regarding the parties' proposed Scheduling Order.

Discussion is held regarding the Court's discovery dispute resolution and settlement conference procedures.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Joinder of Parties/Amendment of Pleadings: **May 5, 2025**
Parties shall designate affirmative experts **on or before August 11, 2025.**
Parties shall designate rebuttal experts **on or before September 30, 2025.**
Discovery Cut-off: **December 1, 2025**
Dispositive Motions Deadline: **December 30, 2025**

A Status Conference is set for **May 7, 2025, at 3:00 p.m.** before U.S. Magistrate Judge Timothy P. O'Hara in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse at 1929 Stout Street, Denver, Colorado. Should the parties determine that such a hearing is not necessary, the parties may jointly contact chambers to vacate the hearing.

An additional Status Conference is set for **December 10, 2025, at 10:00 a.m.** before U.S. Magistrate Judge Timothy P. O'Hara in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse at 1929 Stout Street, Denver, Colorado.

**FINAL PRETRIAL CONFERENCE**: If no dispositive motions are filed, then no later than seven days after the Dispositive Motions Deadline, on or before **January 6, 2026**, the Parties shall jointly email Chambers (*o'hara_chambers@cod.uscourts.gov*) to request dates for the Final Pretrial/Trial Preparation Conference and the trial. If dispositive motion(s) are filed, then once the motion(s) have been fully briefed, the Court will *sua sponte* set a status conference.

HEARING CONCLUDED.

**Court in recess: 10:22 a.m.**
Total time in court: 00:17

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.