IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02622-TPO

GEORGE WILLIAMS LLLP,

      Plaintiff,

v.

ROTO-ROOTER SERVICES CO.,
a subsidiary of Roto-Rooter Group, Inc.,

      Defendant.

---------------------------------------------------

ROTO-ROOTER SERVICES CO.,
a subsidiary of Roto-Rooter Group, Inc.,

      Third-Party Plaintiff,

v.

DENVER SEWER AND WATER and
AFFORD-A-ROOTER, INC.,

      Third-Party Defendants.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on April 21, 2025.**

    This matter comes before this Court upon the Motion to Withdraw [ECF 46] filed by counsel for the Third-Party Defendants.

    Because the Third-Party Defendants are business entities, the only way they may participate in this lawsuit and defend themselves is through counsel admitted to the bar of this court. *See* D.C.COLO.LAtty 5(b). They may not continue in this litigation without legal representation. The failure to secure new counsel potentially could result in the entry of default judgment against them.

The Motion to Withdraw [ECF 46] is **denied without prejudice**. Current counsel shall confer with the Third-Party Defendants about their plans to obtain new counsel to represent them. Thereafter, current counsel may refile their Motion to Withdraw <u>to include a statement about what the Third-Party Defendants' plan is for retaining new counsel</u>.

Current counsel also shall provide the Third-Party Defendants with the below instruction:

**A representative for the Third-Party Defendants, whether it be retained counsel or an individual who can act on the companies' behalf, must appear at the Status Conference on May 7, 2025 at 3:00 p.m.**