IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Timothy P. O'Hara**

| | |
|---|---|
| Civil Action: 24-cv-02622-TPO | Date: May 7, 2025 |
| Courtroom Deputy: Meghan Smotts | FTR: Courtroom C402 |

| *Parties:* | *Counsel:* |
|---|---|
| GEORGE WILLIAMS LLLP, | Christopher Corkadel |
|    Plaintiff, | |
| v. | |
| ROTO-ROOTER SERVICES COMPANY, | Andrew Figel |
|    Defendant. | |
| ------------------------------------------------------- | |
| ROTO-ROOTER SERVICES COMPANY, | Andrew Figel |
|    Third-Party Plaintiff, | |
| v. | |
| DENVER SEWER AND WATER and AFFORD-A-ROOTER, INC., | Melissa Marks |
|    Third-Party Defendants. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**

**Court in session: 3:17 p.m.**

Court calls case. Appearances of counsel. Plaintiff counsel, Christopher Corkadel, appeared via teleconference.

This matter is before the Court regarding the status of the case.

Discussion held on Attorney Marks continued representation of the third-party defendants. Current counsel will continue to confer with the Third-Party Defendants about their plans to

obtain new counsel to represent them. Thereafter, current counsel may refile their Motion to Withdraw to include a statement about what the Third-Party Defendants' plan is for retaining new counsel as also stated in the Minute Order at [ECF 47].

For the reasons stated on the record, it is:

**ORDERED:  A 4-Day Jury Trial is set to begin April 6, 2026 at 8:30 a.m.  before U.S. Magistrate Judge Timothy P. O'Hara in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse at 1929 Stout Street, Denver, Colorado.  A Final Trial Preparation Conference will be set at a later date.**

HEARING CONCLUDED.

**Court in recess: 3:27 p.m.**
Total time in court: 00:10

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.