IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:24-cv-02622-TPO

GEORGE WILLIAMS LLLP
    Plaintiff

v.

ROTO-ROOTER SERVICES COMPANY
    Defendant/Third-Party Plaintiff

v.

DENVER SEWER AND WATER and AFFORD-A-ROOTER, INC.
    Third-Party Defendants

---

### RENEWED MOTION TO WITHDRAW AS COUNSEL FOR DENVER SEWER AND WATER AND AFFORD-A-ROOTER, INC.

---

L. Kathleen Chaney, Melissa D. Marks, and the firm of Lambdin & Chaney, LLP [collectively referred to as "L&C"], counsel for Third-Party Defendants Denver Sewer and Water and Afford-A-Rooter, Inc. ["Third-Party Defendants"], hereby renew the motion to withdraw as counsel for Third-Party Defendants as allowed by D.C.COLO.LAttyR 5(b), and as grounds states as follows:

    1.    On April 17, 2025, L&C filed its motion to withdraw as counsel for Denver Sewer and Water, and Afford-A-Rooter, Inc. [Doc. 46].

    2.    As stated in Doc. 46, L&C was retained by Third-Party Defendants' insurer, EMC Insurance, who subsequently notified L&C that it is withdrawing its defense and has directed L&C to withdraw as counsel.

3. On April 21, 2025, the Court denied the motion to withdraw [Doc. 47], instructing L&C to confer with the Third-Party Defendants about their plans to obtain new counsel to represent them.

4. L&C has diligently and repeatedly attempted to obtain the Third-Party Defendants' plans for retaining new counsel but to no avail, and has no reason to believe any such plans will be forthcoming.

5. L&C, therefore, renews its motion to withdraw, noting that the local rule does not prohibit withdrawal absent retention of new counsel. The rule only requires that notice be provided as follows:

> (b) Withdrawal of Appearance. An attorney who has filed an Entry of Appearance or an Entry of Appearance to Provide Limited Representation or has appeared otherwise in a case may seek to withdraw on motion showing good cause. Withdrawal shall be effective only on court order entered after service of the motion to withdraw on all counsel of record, any unrepresented party, and the client of the withdrawing attorney. A motion to withdraw must state the reasons for withdrawal, unless the statement would violate the rules of professional conduct. Motions to withdraw based on the completion of the limited representation shall include a certification by counsel that the service specified in the Entry of Appearance to Provide Limited Representation is complete. Notice to the client of the attorney shall include the warning that the client is personally responsible for complying with all court orders and time limitations established by applicable statutes and rules. **Where the client of the withdrawing attorney is a corporation, partnership, or other legal entity, ==the notice shall state== that such entity may not appear without counsel admitted to the bar of this court, and that absent prompt appearance of substitute counsel, pleadings and papers may be stricken, and default judgment or other sanctions may be imposed against the entity.**

6. Accordingly, L&C requests the Court grant the motion to withdraw and separately order the Third-Party Defendants to obtain substitute counsel by a date certain. *See, e.g., Minute Order in 19-cv-00347-WYD-STV attached as* **Exhibit 1.**

7.  Third-Party Defendants are warned that they are responsible for complying with all court orders and time limitations established by applicable statutes and rules as previously set forth in the original motion to withdraw [Doc. 46]. For ease of reference to Third Party Defendants, Document 46 is being attached as **Exhibit 2**, which includes the current deadlines.

8.  Third-Party Defendants are also warned that they are required to comply with the deadline set by the Court for appearance of substitute counsel.

9.  If that deadline is not met, this Court may issue an order to show cause as to why this Court should not recommend that default and default judgment be entered against the Third-Party Defendants based on their lack of counsel. *See, e.g.,* [*Georgopulous v. PPM Cap., Inc.*, No. 19-CV-00347-DDD-STV, 2019 WL 5095690, at \*1 (D. Colo. June 5, 2019)](#), *report and recommendation adopted sub nom.* [*Georgopulos v. PPM Cap., Inc.*, No. 19-CV-00347-DDD-STV, 2019 WL 5095686 (D. Colo. July 9, 2019)](#)

10. By serving the Third-Party Defendants with this renewed motion, the required notice under D.C.COLO.LAttyR 5(b) is provided, which includes (a) they cannot appear without counsel admitted to the bar of this Court, and (b) absent prompt appearance of substitute counsel, pleadings and papers may be stricken, and default judgment or other sanctions may be imposed against them.

Wherefore, L. Kathleen Chaney, Melissa D. Marks, and the firm of Lambdin & Chaney, LLP respectfully request this Court grant its Motion to Withdraw as counsel for the Third-Party Defendants Denver Sewer and Water, and Afford-A-Rooter, Inc.

DATED this 22nd day of May, 2025.

s/ *L. Kathleen Chaney*
L. Kathleen Chaney
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
Email: kchaney@lclaw.net
*Attorneys for Third Party Defendant Denver Sewer and Water and Afford-A-Rooter, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2025, a true and correct copy of the foregoing **RENEWED MOTION TO WITHDRAW AS COUNSEL FOR DENVER SEWER AND WATER AND AFFORD-A-ROOTER, INC.** was filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Heather Thomas, Esq.<br>W. Andrew Figel, Esq.<br>Hall & Evans, LLC<br>1001 17th Street, Suite 300<br>Denver, CO 80202<br>Phone: (303) 628-3300<br>Fax: (303) 628-3368<br>thomash@hallevans.com;<br>figelw@hallevans.com | Robert C. Podoll, Esq.<br>Christopher R. Corkadel, Esq.<br>Jacqueline E.M. Hill, Esq.<br>Podoll & Podoll, P.C.<br>5619 DTC Parkway, Suite 1100<br>Greenwood Village, CO 80111<br>Tel: (303) 861-4000<br>Fax: (303) 861-4004<br>Rob@Podoll.net; Chris@Podoll.net<br>Jacqui@podoll.net |
| *Attorneys For Defendant Roto Rooter* | *Attorneys for Plaintiff* |
| Trevor Harvey<br>Denver Sewer and Water and Afford-A-Rooter, Inc.<br>10860 Dover Street, Suite 2300,<br>Broomfield, Colorado 80021<br>trevor@affordarooter.com | |

*Printed copy with original signature on file at the office of Lambdin & Chaney, LLP*

/s/ *L. Kathleen Chaney*
L. Kathleen Chaney
LAMBDIN & CHANEY, LLP

4