IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action:19-cv-00347-WYD-STV | FTR - Reporter Deck - Courtroom A402 |
| Date: April 29, 2019 | Courtroom Deputy:  Julie Dynes |

*Parties:*                                                        *Counsel:*


PAUL M. GEORGOPULOS                               Alexander Taylor

     Plaintiff,

v.


PPM CAPITAL, INC.                                          Veronica Vecchio

     Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**TELEPHONE MOTION HEARING**
**Court in session:   10:31 a.m.**
Court calls case.   Appearance of counsel - all parties appear via telephone. Client representative for PPM Capital also present via telephone.

This matter is before the Court on Defendant's Motion for Withdrawal of Counsel, Notice to Parties and the Court, Notice to Client, Notification Certificate [Doc. No. 17, filed 4/22/2019].

For the reasons as stated on the record it is:

**ORDERED:**         **[17] Motion for Withdrawal of Counsel is GRANTED.**

                    **Defendant has 2 weeks to retain new counsel file an Entry of Appearance.**

HEARING CONCLUDED.
**Court in recess:    10:34 a.m.**
Time In Court:           00:03


Exhibit 1

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 <u>OR</u> AB Court Reporting & Video, Inc. at (303)629-8534.

Exhibit 1