IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:24-cv-02622-TPO

GEORGE WILLIAMS LLLP
    Plaintiff

v.

ROTO-ROOTER SERVICES COMPANY
    Defendant/Third-Party Plaintiff

v.

DENVER SEWER AND WATER and AFFORD-A-ROOTER, INC.
    Third-Party Defendants

## MOTION TO WITHDRAW AS COUNSEL FOR DENVER SEWER AND WATER AND AFFORD-A-ROOTER, INC.

L. Kathleen Chaney, Melissa D. Marks, and the firm of Lambdin & Chaney, LLP, counsel for Third-Party Defendants, Denver Sewer and Water and Afford-A-Rooter, Inc., hereby request to withdraw as counsel for Third-Party Defendants as allowed by D.C.COLO.LAttyR 5(b), and as grounds states as follows:

1. All parties are hereby given notice that undersigned counsel intends to withdraw as counsel of record for the Third-Party Defendants.

2. Lambdin & Chaney, LLP was retained by Third-Party Defendants' insurer, Employers Mutual Casualty Company ("EMC") to represent Third-Party Defendants in this Action. However, on February 27, 2025, EMC notified Third-Party Defendants as well as Lambdin & Chaney, LLP through a coverage denial that it was withdrawing its defense within 45 days.

1

Exhibit 2

3. As such, Lambdin & Chaney, LLP has been directed to withdraw as counsel for the Third-Party Defendants.

4. The Third-Party Defendants are hereby informed of the following:

   a. Third-Party Defendants have the burden of keeping the Court and all other parties informed where notices, pleadings, or other papers may be served.

   b. Third-Party Defendants are personally responsible for complying with all Court Orders and time limitations established by applicable statutes and rules.

   c. All corporate entities may not appear without counsel admitted to the bar of this Court. Absent prompt appearance of substitute counsel, pleadings and papers may be stricken, and default judgment or other sanctions may be imposed against the entity.

   d. The following deadlines apply to this Action:

      i. Deadline to Amend Pleadings/Add Parties: 5/5/25

      ii. Deadline to file Certificate of Review re Third-Parties: 5/12/25

      iii. Deadline to designate all experts and provide FRCP 26(a)(2) information: 8/11/25

      iv. Deadline for parties to designate rebuttal experts: 9/30/25

      v. Deadline to serve written discovery: 10/17/25

2

Exhibit 2

      vi. Deadline to file dispositive motions: 12/30/25

   e. A status conference is scheduled for May 7, 2025 at 3:00 p.m. in Courtroom C-402 of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado.

   f. An additional status conference is scheduled for December 10, 2025 at 10:00 a.m.

5. If Third-Party Defendants fail or refuse to comply with all of this Court's rules and Orders, Third-Party Defendants may suffer dismissal, default, or other sanctions.

6. The last known address and contact information for Third-Party Defendants is as follows:

> Trevor Harvey
> Denver Sewer and Water and Afford-A-Rooter, Inc.
> 10860 Dover Street, Suite 2300,
> Broomfield, Colorado 80021
> (720) 296-7972/(720) 935-6221
> trevor@affordarooter.com

7. Undersigned asserts that good cause exists requiring the undersigned to withdraw as counsel of record for Third-Party Defendants, and that Notice is hereby being provided to counsel for all parties of record and to Third-Party Defendants at their last known address.

Wherefore, the law firm of Lambdin & Chaney, LLP respectfully requests this Court grant its Motion to Withdraw as counsel for the Third-Party Defendants Denver Sewer and Water and Afford-A-Rooter, Inc.

DATED this 17th day of April, 2025.

s/ *Melissa D. Marks*
L. Kathleen Chaney, #29358
Melissa D. Marks, #47224
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
(303) 799-3700 (facsimile)
Email:  kchaney@lclaw.net
          mmarks@lclaw.net
*Attorneys for Third Party Defendant Denver Sewer and Water and Afford-A-Rooter, Inc.*

4

Exhibit 2

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2025, a true and correct copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL FOR DENVER SEWER AND WATER AND AFFORD-A-ROOTER, INC.** was filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Heather Thomas, Esq.
W. Andrew Figel, Esq.
Hall & Evans, LLC
1001 17th Street, Suite 300
Denver, CO 80202
Phone: (303) 628-3300
Fax: (303) 628-3368
thomash@hallevans.com;
figelw@hallevans.com

*Attorneys For Defendant Roto Rooter*
Trevor Harvey
Denver Sewer and Water and Afford-A-Rooter, Inc.
10860 Dover Street, Suite 2300,
Broomfield, Colorado 80021
trevor@affordarooter.com

Robert C. Podoll, Esq.
Christopher R. Corkadel, Esq.
Jacqueline E.M. Hill, Esq.
Podoll & Podoll, P.C.
5619 DTC Parkway, Suite 1100
Greenwood Village, CO 80111
Tel: (303) 861-4000
Fax: (303) 861-4004
Rob@Podoll.net; Chris@Podoll.net
Jacqui@podoll.net
*Attorneys for Plaintiff*

*Printed copy with original signature on file at the office of Lambdin & Chaney, LLP*

/s/   *Melissa D. Marks*
L. Kathleen Chaney, #29358
Melissa D. Marks, #47224
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
(303) 799-3700 (facsimile)
Email:  kchaney@lclaw.net
          mmarks@lclaw.net
*Attorneys for Third Party Defendant Denver Sewer and Water and Afford-A-Rooter, Inc.*

5

Exhibit 2