IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02622-TPO

GEORGE WILLIAMS LLLP,

    Plaintiff,

v.

ROTO-ROOTER SERVICES CO.,
a subsidiary of Roto-Rooter Group, Inc.,

    Defendant.

------------------------------------------------

ROTO-ROOTER SERVICES CO.,
a subsidiary of Roto-Rooter Group, Inc.,

    Third-Party Plaintiff,

v.

DENVER SEWER AND WATER and
AFFORD-A-ROOTER, INC.,

    Third-Party Defendants.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on May 23, 2025.**

    For good cause shown, the Court **grants** the Renewed Motion to Withdraw as Counsel for Denver Sewer & Water and Afford-A-Rooter. ECF 49.

    The representation of the Third-Party Defendants by L. Kathleen Chaney, Esq., and Melissa D. Marks, Esq., in this case is hereby terminated. After docketing this Minute Order, the Clerk of Court shall update the case caption accordingly and remove their email addresses from the electronic notification system so that they do not receive future NEFs from this civil action.

    Upon receipt, Ms. Chaney and Ms. Marks shall forward a copy of this Minute Order to the Third-Party Defendants.

The Court advises the Third-Party Defendants Denver Sewer and Water and Afford-A-Rooter, Inc. that as business entities, they are precluded from litigating this matter without counsel admitted to the bar of this court. *See* D.C.COLO.LAtty 5(b).

Denver Sewer and Water and Afford-A-Rooter, Inc. have until **June 23, 2025** to obtain new legal counsel and for that new counsel to file a notice of appearance in this case**.** <u>This is very important</u>. First, they are named parties to this lawsuit, and this lawsuit continues to move forward. Retaining an attorney is the only way for them to protect their interests. They may ask to extend this deadline if they need more time. Second, the failure to secure new counsel by this deadline may result in sanctions or other adverse result, including the entry of default judgment. This is explained to them at ¶ 9 of the Renewed Motion [ECF 49] which this Court presumes they received.

Although Denver Sewer and Water and Afford-A-Rooter, Inc. may not represent themselves as litigants in this lawsuit, this Court does require a way to communicate with them. The Clerk of Court therefore shall update the case caption with the below mailing addresses (found in the record at ECF 46 at ¶ 6):

> Denver Sewer and Water
> c/o Trevor Harvey
> Suite 2300
> 10860 Dover St.
> Broomfield, CO  80021
>
> Afford-A-Rooter, Inc.
> c/o Trevor Harvey
> Suite 2300
> 10860 Dover St.
> Broomfield, CO  80021

<u>The Clerk of Court also shall mail a copy of this Minute Order to the Third-Party Defendants at the above addresses</u>.