IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:24-cv-02622-TPO

GEORGE WILLIAMS LLLP
    Plaintiff

v.

ROTO-ROOTER SERVICES COMPANY
    Defendant/Third-Party Plaintiff

v.

DENVER SEWER AND WATER and AFFORD-A-ROOTER, INC.
    Third-Party Defendants

---

## CERTIFICATE OF SERVICE

---

    I hereby certify that on this 23rd day of May, 2025, a true and correct copy of the **MINUTE ORDER [DOC. 50]** was sent via email and regular mail to the following:

| | |
|---|---|
| Trevor Harvey<br>Denver Sewer and Water<br>10860 Dover Street, Suite 2300<br>Broomfield, Colorado 80021<br>trevor@affordarooter.com | Trevor Harvey<br>Afford-A-Rooter, Inc.<br>10860 Dover Street, Suite 2300<br>Broomfield, Colorado 80021<br>trevor@affordarooter.com |

*Printed copy with original signature on file at the office of Lambdin & Chaney, LLP*

/s/   L. Kathleen Chaney
L. Kathleen Chaney
LAMBDIN & CHANEY, LLP