# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02622-TPO

GEORGE WILLIAMS LLLP,

    Plaintiff,

v.

ROTO-ROOTER SERVICES COMPANY,

    Defendant/Third Party Plaintiff,

v.

DENVER SEWER AND WATER; and
AFFORD-A-ROOTER,

    Third Party Defendants.

---

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Third Party Defendants Denver Sewer and Water and Afford-A-Rooter.

Dated: July 18, 2025

KUTAK ROCK LLP

By: *s/Kathleen F. Guilfoyle*
    Kathleen F. Guilfoyle
    2001 16th Street, Suite 1800
    Denver, CO 80202-5292
    Telephone:   (303) 297-2400
    Facsimile:    (303) 292-7799
    Email: kathleen.guilfoyle@kutakrock.com

*Attorneys for Third Party Defendants Denver Sewer and Water and Afford-A-Rooter*

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of July, 2025 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Christopher R. Corkadel
Jacqueline Elizabeth Meyer Hill
Robert C. Podoll
Podoll & Podoll, P.C.
5619 DTC Parkway, Suite 1100
Greenwood Village, CO 80111-4537
303-861-4000
Fax: 303-861-4004
Email: Chris@Podoll.net
Email: jacqui@podoll.net
Email: rob@podoll.net

*Attorneys for Plaintiff George Williams LLLP*

Heather Anderson Thomas
W. Andrew Figel
Hall & Evans LLC
1001 17th Street
Suite 300
Denver, CO 80202
303-628-3375
Email: thomash@hallevans.com
Email: figelw@hallevans.com

*Attorneys for Defendant/Third Party Plaintiff Roto-Rooter Services Company*

                                              *s/Edna Gray*
                                              Edna Gray

4931-4371-5670.1