IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02622-TPO

GEORGE WILLIAMS LLLP,

   Plaintiff,

v.

ROTO-ROOTER SERVICES COMPANY.

   Defendant.


ROTO-ROOTER SERVICES COMPANY,

   Third-Party Plaintiff,

v.

DENVER SEWER AND WATER and AFFORD-A-ROOTER, INC.

   Third-Party Defendants.

---

**DEFENDANT AND THIRD-PARTY PLAINTIFF ROTO-ROOTER SERVICES COMPANY'S FED. R. CIV. P. 26(a)(2) INITIAL EXPERT DISCLOSURES**

---

Defendant and Third-Party Plaintiff Roto-Rooter Services Company (herein "Roto-Rooter"), by and through counsel, Hall & Evans, LLC, hereby submits the following Initial Expert Disclosures Pursuant to Fed. R. Civ. P. 26(a)(2). These disclosures are based on information currently available to Roto-Rooter. Roto-Rooter reserves the right to amend or supplement these disclosures.

   **I.**   **NON-RETAINED EXPERT WITNESS OPINIONS (FED. R. CIV. P. 26(a)(2)(C))**

1.    Robert Adriaens, Chief Building Official, or other representative(s), City of Boulder Planning and Development Services, 1101 Arapahoe Avenue, Boulder, Colorado 80302; Telephone 303-441-1880. The testimony of this witness may present a mixture of fact and expert opinions. This disclosure is, therefore, made out of an abundance of caution, in the event that certain opinions may be characterized by other counsel or the Court as "expert" in nature. The City of Boulder issued permits for, and provided inspection(s) of, the subject project and plumbing work. As such, Robert Adriaens, Chief Building Official, or other representative(s) of the City of Boulder may have information and knowledge regarding the facts, claims and defenses alleged in the pleadings, and specifically the (1) circumstances of, and surrounding, the inspection(s) of the subject project and plumbing work, and (2) the application for, and the issuance, approval, and closing out of the permit(s) regarding same, and (3) communications with the parties hereto regarding same. Robert Adriaens, Chief Building Official, or other representative, is expected to testify consistent with the matters set forth in, and based upon: (1) communications by and between the City of Boulder and Third-Party Defendants, including a "Letter of Completion" dated January 11, 2024, disclosed at Roto_000031, (2) communications by and between the City of Boulder and other parties hereto, (3) Permit Number PLB2023-00138, and the associated Authorization to Proceed, disclosed at Roto_000032, (4) City of Boulder Planning & Development Services on-line records relating to the subject project and plumbing work, and (5) all applicable building codes and regulations including without limitation Boulder Revised Code, Title 10, Chapter 10 (B.R.C. Section 10-10-1, *et seq.*). This witness has not been specially retained or employed to provide testimony in this matter, and accordingly no expert report is required.

2.    Any experts listed, named, or endorsed by Plaintiff or any other party in its disclosures, expert disclosures, and/or discovery, without waiving and subject to the right to object to same on

the bases of relevance, admissibility, or otherwise.

3. Any additional expert required to rebut or otherwise respond to newly discovered or disclosed claims or expert opinions of Plaintiff's designees.

4. Defendant and Third-Party Plaintiff Roto-Rooter Services Company expressly reserves the right to provide additional information regarding the experts identified above, and to supplement or amend their Fed. R. Civ. P. 26(a)(2) Expert Disclosures.

Respectfully submitted August 11, 2025.

HALL & EVANS, LLC

 /s/ W. Andrew Figel
Heather Thomas, Esq.
W. Andrew Figel, Esq.
1001 17th Street, Suite 300
Denver, CO 80202
Phone: (303) 628-3300
Fax: (303) 628-3368
thomash@hallevans.com
figelw@hallevans.com
*Attorneys For Defendant and Third-Party Plaintiff*

**CERTIFICATE OF SERVICE**

   I hereby certify that on August 11, 2025, a true and correct copy of the foregoing was served via CM/ECF on the below-listed party:

Robert C. Podoll, Esq.  
Christopher R. Corkadel, Esq.  
Jacqueline E.M. Hill, Esq.  
Podoll & Podoll, P.C.  
5619 DTC Parkway, Suite 1100  
Greenwood Village, CO 80111  
303 861-4000 / 303 861-4004  
rob@podoll.net  
chris@podoll.net  
jacqui@podoll.net  

Mark C. Willis, Esq.  
Kathleen F. Guilfoye, Esq.  
David E. Kay, Esq.  
2001 16th Street Suite 1800  
Denver, CO 800202  
303 297-2400 / 303 292-7799  
Mark.willis@kutakrock.com  
Kathleen.guilfoye@kutakrock.com  
David.kay@kutakrock.com  

     *s/ W. Andrew Figel*  
     Hall & Evans LLC

4