**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-02622-TPO

GEORGE WILLIAMS LLLP,

    Plaintiff,

v.

ROTO-ROOTER SERVICES COMPANY,

    Defendant/Third Party Plaintiff,

v.

DENVER SEWER AND WATER; and
AFFORD-A-ROOTER,

    Third-Party Defendants.

---

**THIRD-PARTY DEFENDANTS DENVER SEWER AND WATER AND AFFORD-A-ROOTER'S MOTION FOR EXTENSION OF TIME TO MAKE THEIR AFFIRMATIVE EXPERT WITNESS DISCLOSURES**

---

Third-Party Defendants Denver Sewer and Water and Afford-A-Rooter (collectively, "**Third-Party Defendants**"), by and through their undersigned counsel, hereby file their Motion for Extension of Time to Make Their Affirmative Expert Witness Disclosures and, in support thereof, state as follows:

    1.    Pursuant to D.C.COLO.LCivR 7.1(a), the undersigned hereby certifies that he conferred with counsel for Defendant and Third-Party Plaintiff Roto-Rooter Services Company ("**Defendant**"), W. Andrew Figel, Esq., regarding this Motion. Mr. Figel has advised that Defendant ***does not*** oppose the extension requested herein. The undersigned also certifies that he attempted to confer with counsel for Plaintiff George Williams LLLP ("**Plaintiff**") regarding this Motion even though Plaintiff has not asserted any claims against Third-Party Defendants. As of the date of this filing, the undersigned has not heard back from Plaintiff's counsel and, therefore, does not know whether Plaintiff

will oppose the extension requested herein.

2.     Pursuant to the Court's Scheduling Order [ECF No. 45], the current deadline for any party to designate affirmative experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) is August 11, 2025, and the deadline for any party to designate rebuttal experts and provide opposing counsel with all information required in Fed. R. Civ. P. 26(a)(2) is September 30, 2025. Discovery is set to close on December 1, 2025.

3.     Pursuant to D.C.COLO.LCivR 6.1, Third-Party Defendants respectfully request an extension of time for the Third-Party Defendants to make their affirmative expert disclosures through and including September 10, 2025 and an extension of time for any party to make a rebuttal expert disclosure to Third-Party Defendants' affirmative expert disclosures through and including October 30, 2025.

4.     Third-Party Defendants are seeking this extension because the undersigned counsel have only recently been retained in this matter and have not had sufficient time and information to ascertain whether the Third-Party Defendants need to designate any affirmative witnesses under Fed.R.Civ.P. 26(a)(2). Among other things, the undersigned has been unable to discuss this case with the Third-Party Defendants' prior counsel (who anticipated a need for two experts) and to obtain the documents produced in discovery in this case. Although the undersigned has started obtaining these documents and information from Defendant's counsel, the undersigned still need additional information and time to ascertain whether any affirmative expert is necessary and, if so, to provide the sufficient information to properly designate any such expert under the Scheduling Order and Rule 26(a)(2). Accordingly, good cause exists for the extension.

5.     Pursuant to D.C.COLO.LCivR 6.1(b), the undersigned hereby states that the Third-Party Defendants have not received any prior extension for their affirmative expert disclosures.

6.     Pursuant to D.C.COLO.LCivR 6.1(c), a certificate of service is attached

hereto evidencing contemporaneous service of this Motion on the undersigned counsel's clients.

7.      No party will be prejudiced by the requested extension, and this Motion is not filed for any improper or dilatory purpose. Under the extension, expert discovery will still be completed before the close of discovery. And, as set forth above, good cause exists to grant the relief sought herein because it is necessary for the appropriate preparation and delivery of Third-Party Defendants' expert disclosures.

WHEREFORE, Defendants Denver Sewer and Water and Afford-A-Rooter respectfully request that the Court enter an Order granting this Motion and extending the deadline for Third-Party Defendants to make their affirmative expert disclosures through and including September 10, 2025 and the deadline for any party to make a rebuttal expert disclosure to Third-Party Defendants' affirmative expert disclosures through and including October 30, 2025.

Respectfully submitted this 11th day of August, 2025.

By: *s/Mark C. Willis*
Mark C. Willis
David E. Kay
Kathleen F. Guilfoyle
Kutak Rock LLP
2001 16th Street, Suite 1800
Denver, CO  80202-5292
Telephone:    (303) 297-2400
Facsimile:     (303) 292-7799
Email: mark.willis@kutakrock.com
         david.kay@kutakrock.com
         kathleen.guilfoyle@kutakrock.com

*Attorneys for Third Party Defendants Denver Sewer and Water and Afford-A-Rooter*

- 3 -

4931-6128-0093.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2025 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Christopher R. Corkadel
Jacqueline Elizabeth Meyer Hill
Robert C. Podoll
Podoll & Podoll, P.C.
5619 DTC Parkway, Suite 1100
Greenwood Village, CO 80111-4537
303-861-4000
Fax: 303-861-4004
Email: Chris@Podoll.net
Email: jacqui@podoll.net
Email: rob@podoll.net

*Attorneys for Plaintiff George Williams LLLP*

Heather Anderson Thomas
W. Andrew Figel
Hall & Evans LLC
1001 17th Street
Suite 300
Denver, CO 80202
303-628-3375
Email: thomash@hallevans.com
Email: figelw@hallevans.com

*Attorneys for Defendant/Third Party Plaintiff
  Roto-Rooter Services Company*

Pursuant to D.C.COLO.LCivR 6.1(c), I also hereby certify that on this 11th day of August, 2025, I emailed the foregoing to the following:

Denver Sewer and Water and Afford-A-Rooter
c/o Mr. Trevor Harvey, Owner/Operator
10860 Dover Street, Suite 2300
Westminster, Colorado 80021
Email: trevor@affordarooter.com

                                               *s/ Edna Gray*
                                               Edna Gray