# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02622-NRN

**GEORGE WILLIAMS LLLP**

    Plaintiff,

v.

**ROTO-ROOTER SERVICES COMPANY**

    Defendant.

**ROTO-ROOTER SERVICES COMPANY**

    Third-Party Plaintiff,

v.

**DENVER SEWER AND WATER and AFFORD-A-ROOTER, INC.**

    Third-Party Defendants.

---

**PLAINTIFF GEORGE WILLIAMS LLLP'S FED. R. CIV. P 26(a)(2)
INITIAL EXPERT DISCLOSURES**

---

Plaintiff George Williams LLLP ("Williams"), by and through counsel, Podoll & Podoll, P.C., hereby submits the following Initial Expert Disclosures Pursuant to Fed. R. Civ. P. 26(a)(2). These disclosures are based on information currently available to Williams. Plaintiff reserves the right to amend or supplement these disclosures.

1. **Fed.R.Civ.P. 26(a)(2)(C) Non-Retained Experts**

    **1.**    **Gregory Topel.** CEO, EVG Hospitality. Telephone: 303-717-9090. This witness is a fact witness who will also testify regarding the operational, financial, and market impacts of

delaying the opening of a new club in the Boulder hospitality market, including the effect of missing the holiday season on anticipated revenues, brand momentum, and event-driven reservations.

**(i) Subject Matter on Which Mr. Topel is Expected to Present Evidence**

Mr. Topel will testify regarding the business and operational impacts of delayed openings for restaurants and clubs, including the effect of missing the holiday season on a new club's launch. He will address the anticipated profits the club would have earned had it opened as planned, the effect of canceling planned holiday events, and the resulting loss of initial market momentum. His testimony will be based on his professional expertise, review of relevant financial and operational data, and his familiarity with comparable establishments in the Boulder hospitality market.

**(ii) Summary of Facts and Opinions to Which Mr. Topel is Expected to Testify**

Mr. Topel has over 20 years of hospitality management experience, including opening and operating high-volume restaurants and clubs, event planning, and profitability forecasting. He is expected to testify that:

1. The holiday season is a uniquely valuable launch period for new clubs, with disproportionate revenue and customer acquisition potential.

2. The delayed opening caused the club to miss this critical period, cancel planned holiday events, and lose early momentum in the market.

3. Based on his experience and review of relevant data, the delay resulted in substantial lost profits that are directly attributable to the missed holiday season and its downstream effects.

Mr. Topel's opinions are based on his training, experience, and review of the club's operational plans, projected revenues, and comparable market data. He may also offer rebuttal testimony to opinions offered by Defendant's experts on these subjects. This witness has not been specially retained or employed to provide expert testimony in this matter at this time.

**2.** Any expert endorsed by another party to the case without waiving potential objections to the same.

**3.** Any expert required for rebuttal purposes.

Dated: August 11, 2025.

        *Respectfully submitted,*

        **PODOLL & PODOLL, P.C.**

        */s/Christopher R. Corkadel*
        Robert C. Podoll, Atty. Reg. #8776
        Christopher R. Corkadel, Atty. Reg. #38156
        Jacqueline E.M. Hill, Atty. Reg. #47789
        PODOLL & PODOLL, P.C.
        5619 DTC Parkway, Suite 1100
        Greenwood Village, Colorado 80111
        Phone: (303) 861-4000
        Email: Chris@Podoll.net
        ***Attorneys for Plaintiff George Williams LLLP***

CERTIFICATE OF SERVICE

      I certify that on August 11, 2025, a true and correct copy of the foregoing was electronically served on all parties properly registered to receive notice via the Court's CM/ECF system, including the following counsel:

| | |
|---|---|
| Heather Thomas, Esq. | Mark C. Willis, Esq. |
| W. Andrew Figel, Esq. | Kathleen F. Guilfoye, Esq. |
| Hall & Evans, LLC | David E. Kay, Esq. |
| 1701 17th Street, Suite 300 | Kutak Rock LLP |
| Denver, CO 80202 | 2001 16th St. Ste. 1800 |
| | Denver, CO 80202 |

                                                      */s/ Christopher R. Corkadel*
                                                     Christopher R. Corkadel