IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02622-TPO

GEORGE WILLIAMS LLLP,

      Plaintiff,

v.

ROTO-ROOTER SERVICES CO.,
a subsidiary of Roto-Rooter Group, Inc.,

      Defendant.

---------------------------------------------------

ROTO-ROOTER SERVICES CO.,
a subsidiary of Roto-Rooter Group, Inc.,

      Third-Party Plaintiff,

v.

DENVER SEWER AND WATER and
AFFORD-A-ROOTER, INC.,

      Third-Party Defendants.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on August 13, 2025.**

      For good cause shown and noting that it is unopposed by the Third-Party Plaintiff, the Third-Party Defendants' Motion for Extension of Time [ECF 57] is **granted**.

      The deadline for Third-Party Defendants Denver Sewer & Water and Afford-A-Rooter to submit their Affirmative Expert Witness Disclosures is **extended** to **September 10, 2025**. The deadline for any Party to submit Rebuttal Expert Witness Disclosures in response to the Third-Party Defendants' affirmative expert witness disclosures is **extended** to **October 30, 2025**.