# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02622-TPO

GEORGE WILLIAMS LLLP,

   Plaintiff,

v.

ROTO-ROOTER SERVICES COMPANY.

   Defendant.


ROTO-ROOTER SERVICES COMPANY,

   Third-Party Plaintiff,

v.

DENVER SEWER AND WATER and AFFORD-A-ROOTER, INC.

   Third-Party Defendants.

---

**DEFENDANT AND THIRD-PARTY PLAINTIFF ROTO-ROOTER SERVICES COMPANY'S FED. R. CIV. P. 26(A)(2) FIRST SUPPLEMENTAL EXPERT DISCLOSURES**

---

Defendant and Third-Party Plaintiff Roto-Rooter Services Company (herein "Roto-Rooter"), by and through counsel, Hall & Evans, LLC, hereby submits the following First Supplemental Expert Disclosures Pursuant to Fed. R. Civ. P. 26(a)(2). These disclosures are based on information currently available to Roto-Rooter. Roto-Rooter reserves the right to amend or supplement these disclosures.

    I.    **NON-RETAINED EXPERT WITNESS OPINIONS (FED. R. CIV. P. 26(a)(2)(C))**

1. One or more corporate representatives and/or designees for The City of Boulder Regulatory Licensing Division, 1136 Alpine Avenue, Boulder, CO 80304, 303-441-4192. One or more corporate representatives and/or designees for The City of Boulder Regulatory Licensing Division may provide expert and lay testimony regarding the application process and timeline for obtaining a City of Boulder liquor license and the application, process and timeline associated with the liquor license for the Boulder Swim Club at the Premises.

2. One or more corporate representatives and/or designees for The Colorado Department of Revenue – Liquor and Tobacco Enforcement Division, 1707 Cole Blvd., Suite 300, Lakewood, CO 80401. One or more corporate representatives and/or designees for The Colorado Department of Revenue – Liquor and Tobacco Enforcement Division may provide expert and lay testimony regarding the application process and timeline for obtaining a Colorado state liquor license and the application, process and timeline associated with the liquor license for the Boulder Swim Club at the Premises, License No. 03-19745

3. .Any experts listed, named, or endorsed by Plaintiff or any other party in its disclosures, expert disclosures, and/or discovery, without waiving and subject to the right to object to same on the bases of relevance, admissibility, or otherwise.

4. Any additional expert required to rebut or otherwise respond to newly discovered or disclosed claims or expert opinions of Plaintiff's designees.

5. Defendant and Third-Party Plaintiff Roto-Rooter Services Company expressly reserves the right to provide additional information regarding the experts identified above, and to supplement or amend their Fed. R. Civ. P. 26(a)(2) Expert Disclosures.

Respectfully submitted September 30, 2025.

HALL & EVANS, LLC

 /s/ W. Andrew Figel
Heather Thomas, Esq.
W. Andrew Figel, Esq.
1001 17th Street, Suite 300
Denver, CO 80202
Phone: (303) 628-3300
Fax: (303) 628-3368
thomash@hallevans.com
figelw@hallevans.com
*Attorneys For Defendant and Third-Party Plaintiff*

3

## CERTIFICATE OF SERVICE

       I hereby certify that on September 30, 2025, a true and correct copy of the foregoing was served via CM/ECF on the below-listed party:

| | |
|---|---|
| Robert C. Podoll, Esq. | Mark C. Willis, Esq. |
| Christopher R. Corkadel, Esq. | Kathleen F. Guilfoye, Esq. |
| Jacqueline E.M. Hill, Esq. | David E. Kay, Esq. |
| Podoll & Podoll, P.C. | 2001 16th Street Suite 1800 |
| 5619 DTC Parkway, Suite 1100 | Denver, CO 800202 |
| Greenwood Village, CO 80111 | 303 297-2400 / 303 292-7799 |
| 303 861-4000 / 303 861-4004 | Mark.willis@kutakrock.com |
| rob@podoll.net | Kathleen.guilfoye@kutakrock.com |
| chris@podoll.net | David.kay@kutakrock.com |
| jacqui@podoll.net | |

                                          *s/ W. Andrew Figel*
                                        Hall & Evans LLC