# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02622-TPO

**GEORGE WILLIAMS LLLP**

> Plaintiff,

v.

**ROTO-ROOTER SERVICES COMPANY**

> Defendant.

**ROTO-ROOTER SERVICES COMPANY**

> Third-Party Plaintiff,

v.

**DENVER SEWER AND WATER and AFFORD-A-ROOTER, INC.**

> Third-Party Defendants.

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO DEFENDANT ROTO-ROOTER SERVICES COMPANY'S WRITTEN DISCOVERY REQUESTS TO PLAINTIFF**

Plaintiff George Williams LLP (hereinafter "GWLLLP"), through counsel Podoll & Podoll, P.C., hereby submits their Unopposed Motion for Extension of Time to file their reply to Defendant's written discovery requests to plaintiffs filed by Defendant Roto-Rooter Services Company (hereinafter "Roto-Rooter") as follows:

THIS MATTER came on for consideration by this Court, without a hearing, on the Plaintiff's Unopposed Motion for Extension of Time to File Responses to Defendant Roto-Rooter Services Company's Written Discovery Requests to Plaintiff. This Court, having

reviewed the Motion, and any responses or objections thereto, and being otherwise familiar with

the papers and pleadings in this case, finds good cause to grant the Motion. Accordingly, it is:

ORDERED as follows:

The Motion is GRANTED. Movants shall have through October 22, 2025, to submit responses to Defendant's Written Discovery Requests.

DATED this ____ day of October, 2025.

By the Court:

_____
Timothy P. O'Hara
United States District Court Magistrate Judge