IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02622-TPO

GEORGE WILLIAMS LLLP,

    Plaintiff,

v.

ROTO-ROOTER SERVICES CO.,
a subsidiary of Roto-Rooter Group, Inc.,

    Defendant.

-------------------------------------------------

ROTO-ROOTER SERVICES CO.,
a subsidiary of Roto-Rooter Group, Inc.,

    Third-Party Plaintiff,

v.

DENVER SEWER AND WATER and
AFFORD-A-ROOTER, INC.,

    Third-Party Defendants.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on October 16, 2025.**

    For good cause shown, Plaintiff's Unopposed Motion for Extension of Time to File Responses to Defendant Roto-Rooter Service Company's (Roto-Rooter) Written Discovery Requests to Plaintiff [ECF 62] is **granted**. Plaintiff shall respond to Defendant Roto-Rooter's written discovery requests **on or before October 22, 2025**.