# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02622-TPO

**GEORGE WILLIAMS LLLP**

    Plaintiff,

v.

**ROTO-ROOTER SERVICES COMPANY**

    Defendant.

**ROTO-ROOTER SERVICES COMPANY**

    Third-Party Plaintiff,

v.

**DENVER SEWER AND WATER and AFFORD-A-ROOTER, INC.**

    Third-Party Defendants.

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO DEFENDANT ROTO-ROOTER SERVICE COMPANY'S WRITTEN DISCOVERY REQUESTS**

Plaintiff George Williams LLP (hereinafter "GWLLLP"), through counsel Podoll & Podoll, P.C., hereby submits its Unopposed Motion for Extension of Time to File their Reply to Defendant's Written Discovery Requests to Plaintiffs filed by Defendant Roto-Rooter Services Company (hereinafter "Roto-Rooter") as follows:

**CERTIFICATE OF CONFERRAL**

The undersigned conferred with Andrew Figel, counsel for Roto-Rooter, who indicated they do not oppose the extension requested herein.

1. On September 15th, 2025, Roto-Rooter submitted its Written Discovery Requests to Plaintiff.

2. GWLLLP's Response was due October 15, 2025.

3. On October 15, 2025, GWLLP submitted an unopposed motion for extension to respond to Defendant's discovery requests.

4. This extension was sought because primary counsel for GWLLP, Robert Podoll and Christopher Corkadel, were preparing for a trial commencing on October 21, 2025, in Pitkin County in *Aspen Development Group, LLC v. LPI Residential Inc., et al.*, Case No. 21CV30051. The court granted this motion.

5. Counsel for GWLLP are now in trial and request a two-week extension of time, through and including November 5, 2025, within which to file their response to Defendant's written discovery requests.

6. This Motion is made in good faith and not for the purpose of delay. The Motion is unopposed, and no party will be prejudiced if the Court grants the relief requested herein.

WHEREFORE, GWLLP respectfully requests that the Court grant a two-week extension of time, through and including November 5, 2025, within which to file their Response to Defendant Roto-Rooter Services Company's Written Discovery Requests to Plaintiff.

Respectfully submitted October 21, 2025.

*Respectfully submitted,*

**PODOLL & PODOLL, P.C.**

*/s/Robert C. Podoll*
Robert C. Podoll, Atty. Reg. #8776
Christopher R. Corkadel, Atty. Reg. #38156
Jacqueline E.M. Hill, Atty. Reg. #47789

        5619 DTC Parkway, Suite 1100
        Greenwood Village, Colorado 80111
        Phone: (303) 861-4000
        Email: rob@Podoll.net
        ***Attorneys for Plaintiff George Williams LLLP***

## CERTIFICATE OF SERVICE

I certify that on October 21, 2025, a true and correct copy of the foregoing was electronically served on all parties properly registered to receive notice via the Court's CM/ECF system, including the following counsel:

| | |
|---|---|
| Heather Thomas, Esq. | Mark C. Willis, Esq. |
| W. Andrew Figel, Esq. | Kathleen F. Guilfoye, Esq. |
| HALL & EVANS, LLC | David E. Kay, Esq. |
| 1701 17th Street, Suite 300 | Kutak Rock LLP |
| Denver, CO 80202 | 2001 16th St. Ste. 1800 |
| | Denver, CO 80202 |

        */s/ Robert C. Podoll*
        Robert C. Podoll