IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02622-TPO

GEORGE WILLIAMS LLLP,

    Plaintiff,

v.

ROTO-ROOTER SERVICES CO.,
a subsidiary of Roto-Rooter Group, Inc.,

    Defendant.

------------------------------------------------

ROTO-ROOTER SERVICES CO.,
a subsidiary of Roto-Rooter Group, Inc.,

    Third-Party Plaintiff,

v.

DENVER SEWER AND WATER and
AFFORD-A-ROOTER, INC.,

    Third-Party Defendants.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on October 22, 2025.**

    For good cause shown and noting that it is unopposed, Plaintiff's second Motion for Extension of Time [ECF 64] is **granted**.

    The deadline for Plaintiff George Williams LLLP to answer Defendant Roto-Rooter Services Co.'s written discovery requests is **extended** to **November 5, 2025**.