**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-02622-TPO

GEORGE WILLIAMS LLLP,

      Plaintiff,

v.

ROTO-ROOTER SERVICES COMPANY,

      Defendant/Third Party Plaintiff,

v.

DENVER SEWER AND WATER; and
AFFORD-A-ROOTER,

      Third-Party Defendants.

---

**THIRD-PARTY DEFENDANTS DENVER SEWER AND WATER AND AFFORD-A-ROOTER'S UNOPPOSED MOTION TO EXTEND THE DISCOVERY CUT-OFF DEADLINE**

---

Third-Party Defendants Denver Sewer and Water and Afford-A-Rooter (collectively, "**Third-Party Defendants**"), by and through their undersigned counsel, hereby file this Unopposed Motion to Extend the December 1, 2025 Discovery Cut-Off Deadline and, in support thereof, state as follows:

    1.    Pursuant to D.C.COLO.LCivR 7.1(a), the undersigned hereby certifies that he conferred with counsel for Defendant and Third-Party Plaintiff Roto-Rooter Services Company ("**Defendant**"), W. Andrew Figel, Esq., regarding this Motion and counsel for Plaintiff George Williams LLLP ("**Plaintiff**"), Chris Corkadel, Esq., regarding this Motion. Mr. Figel and Mr. Corkadel have advised that both Plaintiff and Defendant ***do not*** oppose the extension requested herein. To the contrary, and for the reasons set forth below, Plaintiff and Defendant jointly agree with the extension requested herein.

    2.    Pursuant to the Court's Scheduling Order [ECF No. 45], the current

Discovery Cut-Off deadline is December 1, 2025.

3.    Pursuant to D.C.COLO.LCivR 6.1, Third-Party Defendants respectfully request an extension of the Discovery Cut-Off deadline through and including **January 30, 2026.**

4.    Third-Party Defendants (and Plaintiff and Defendant) are seeking this extension to complete Plaintiff's Fed. R. Civ. P. 30(b)(6) deposition and, in connection therewith, to finalize Third-Party Defendants' remaining third-party discovery and resolve issues regarding supplementation of Plaintiff's responses and objections to Defendant's Written Discovery Requests to Plaintiff (the "**Discovery Requests**").

5.    More specifically, on September 15, 2025, Defendant served Plaintiff with the Discovery Requests after Defendant and Third-Party Defendants' counsel discussed discovery needed from Plaintiff. Plaintiff subsequently requested and obtained an extension to respond to the Discovery Requests through November 5, 2025. In connection therewith, on October 23, 2025, Third-Party Defendants requested to schedule a Rule 30(b)(6) deposition of Plaintiff on a number of topics related, in part, to the interrogatories and documents requested in the Discovery Requests. Third-Party Defendants also began third-party discovery with the State of Colorado, the City and County of Boulder, Colorado, and other parties designated by Plaintiff in its initial disclosures. On November 5, 2025, Plaintiff served its responses and objections to the Discovery Requests. Since then, the Parties have discussed scheduling Plaintiff's deposition as well as the process of resolving Defendant's (and Third-Party Defendants') issues with Plaintiff's objections and responses to the Discovery Requests as required under Section 8(e) of the Scheduling Order and D.C.COLO.MJ IV. Among other things, the Third-Party Defendants counsel discussed the need to complete its third-party discovery and resolve the issues with Plaintiff's responses and objections to the Discovery Requests before taking Plaintiff's Rule 30(b)(6) deposition (which may also include the need for a stipulated protective order). In addition, the Parties discussed their

respective schedules to complete these tasks and the deposition. As a result of the foregoing, and the Parties' respective obligations and intervening Holidays, the Parties discussed completing Plaintiff's deposition on or before January 30, 2026. Accordingly, the Third-Party Defendants respectfully request that the Discovery Cut-Off deadline be extended to January 30, 2026 so they can complete the above-mentioned tasks.

6. Pursuant to D.C.COLO.LCivR 6.1(b), the undersigned hereby states that this is the first time the Third-Party Defendants have moved to extend the Discovery Cut-Off deadline.

7. Pursuant to D.C.COLO.LCivR 6.1(c), a certificate of service is attached hereto evidencing contemporaneous service of this Motion on the undersigned counsel's clients.

8. No party will be prejudiced by the requested extension, and this Motion is not filed for any improper or dilatory purpose. As set forth above, the Parties have been diligent in seeking discovery before the initial December 1, 2025 deadline and only have a few remaining tasks to complete by the requested January 30, 2026 extension. In addition, the trial in this matter is not scheduled until April 6, 2026.

WHEREFORE, Defendants Denver Sewer and Water and Afford-A-Rooter respectfully request that the Court enter an Order granting this unopposed Motion and extending the Discovery Cut-Off Deadline to **January 30, 2026** to (i) complete Plaintiff's Rule 30(b)(6) deposition; (ii) complete Third-Party Defendants' third-party discovery; and (iii) resolve any outstanding issues with Plaintiff's responses and objections to the Discovery Requests.

Respectfully submitted this 1st day of December, 2025.

By: *s/Mark C. Willis*
Mark C. Willis
David E. Kay
Kathleen F. Guilfoyle
Kutak Rock LLP
2001 16th Street, Suite 1800
Denver, CO  80202-5292
Telephone:     (303) 297-2400
Facsimile:      (303) 292-7799
Email: mark.willis@kutakrock.com
david.kay@kutakrock.com
kathleen.guilfoyle@kutakrock.com

*Attorneys for Third Party Defendants Denver Sewer and Water and Afford-A-Rooter*

- 4 -

4924-0261-0045.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2025 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Christopher R. Corkadel
Jacqueline Elizabeth Meyer Hill
Robert C. Podoll
Podoll & Podoll, P.C.
5619 DTC Parkway, Suite 1100
Greenwood Village, CO 80111-4537
303-861-4000
Fax: 303-861-4004
Email: Chris@Podoll.net
Email: jacqui@podoll.net
Email: rob@podoll.net

*Attorneys for Plaintiff George Williams LLLP*

Heather Anderson Thomas
W. Andrew Figel
Hall & Evans LLC
1001 17th Street
Suite 300
Denver, CO 80202
303-628-3375
Email: thomash@hallevans.com
Email: figelw@hallevans.com

*Attorneys for Defendant/Third Party Plaintiff Roto-Rooter Services Company*

Pursuant to D.C.COLO.LCivR 6.1(c), I also hereby certify that on this 1st day of December, 2025, I emailed the foregoing to the following:

Denver Sewer and Water and Afford-A-Rooter
c/o Mr. Trevor Harvey, Owner/Operator
10860 Dover Street, Suite 2300
Westminster, Colorado 80021
Email: trevor@affordarooter.com

*s/ Edna Gray*
Edna Gray

4924-0261-0045.1