IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Timothy P. O'Hara**

| | |
|---|---|
| Civil Case No.: 24-cv-02622-TPO | Date: December 10, 2025 |
| Courtroom Deputy: Sabrina Grimm | FTR – Courtroom C402 |

| *Parties:* | *Counsel:* |
|---|---|
| GEORGE WILLIAMS, LLLP | Christopher Corkadel |
| Plaintiff, | |
| v. | |
| ROTO-ROOTER SERVICES COMPANY, | Andrew Figel |
| Defendant/Third Party Plaintiff, | |
| v. | |
| DENVER SEWER AND WATER, | Mark Willis |
| Third-Party Defendant. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**

**Court in session:**     10:04 a.m.

Appearances of counsel.

The matter is before the Court regarding the status of the case, deadlines, outstanding discovery, settlement, and dispositive motions.

Mr. Corkadel states the parties have entered into settlement negotiations. Mr. Willis states settlement is highly likely.

The parties state they intend to file dispositive motions.

The Court discusses settlement options. If the parties request a settlement conference, the matter will be referred to another magistrate judge.

**ORDERED:** The dispositive motion deadline is extended to February 27, 2026.

**ORDERED:** The trial set for April 6, 2026 is VACATED, to be set at a later date.

**ORDERED:** The parties shall pursue private mediation or request a settlement conference on or before February 17, 2026, as discussed.

Hearing concluded.

**Court in recess:**     **10:25 a.m.**
Total time in court:    00:21

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.