**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-02622-TPO

GEORGE WILLIAMS LLLP,
         Plaintiff,
v.

ROTO-ROOTER SERVICES COMPANY,
         Defendant/Third Party Plaintiff,
v.

DENVER SEWER AND WATER; and
AFFORD-A-ROOTER INC.

         Third-Party Defendants.

**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**

Plaintiff George Williams LLLP ("**Plaintiff**"), Defendant Roto-Rooter Services Company ("**Defendant**"), Third-Party Defendant Denver Sewer and Water ("**DSW**") and Third-Party Defendants Afford-A-Rooter Inc. ("**AAR**") (collectively, the "**Parties**"), by and through their undersigned counsel, hereby submit the following Stipulation of Dismissal of Action with Prejudice pursuant to Fed. R. Civ. P. 41 and, in support thereof, agree, stipulate and state as follows:

    1.    On August 19, 2024, Plaintiff commenced this action by filing its Complaint and Jury Demand [Docket No. 4] in the District Court for Boulder County, Colorado (the "**State Court**").

    2.    On September 23, 2024, after Defendant removed this action from the State Court, Defendant filed its Answer to the Complaint and Jury Demand and Third-Party Complaint against DSW [Docket No. 6].

3. On January 31, 2025, Defendant filed its Amended Third Party Complaint against DSW and AAR.

4. On February 14, 2025, DSW and AAR filed their respective Answers to the Third Party Complaint.

5. The Parties have entered into a confidential settlement agreement resolving all of claims in this action. Accordingly, and pursuant to Fed. R. Civ. P. 41, the Parties hereby stipulate to the dismissal of this action and all claims that were or could have been the asserted in this action *with prejudice*, with each Party responsible for its/her own attorneys' fees and costs.

6. In particular, Fed. R. Civ. P. 41(a)(1)(A)(ii) provides, in pertinent part, that "[t]he Plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Here, as indicated by the signature block below, all parties who have appeared in this action have signed this Stipulation.

WHEREFORE, Plaintiff George Williams LLLP, Defendant Roto-Rooter Services Company, Third-Party Defendant Denver Sewer and Water and Third-Party Defendant Afford-A-Rooter Inc. respectfully request that the Court enter an Order acknowledging this Stipulation and dismissing this action and all claims that were or could have been the asserted in this action *with prejudice*, with each Party responsible for its own attorneys' fees and costs.

Respectfully submitted this 5th day of March, 2026.

By: *s/ Christopher R. Corkadel*
    Christopher R. Corkadel, Esq.
    FOLEY MANSFIELD PLLP
    5619 DTC Parkway, Suite 1100
    Greenwood Village, CO 80111
    Phone: 303.861.4000
    ccorkadel@foleymansfield.com

*Attorneys for Plaintiff George Williams LLP*

By: *s/ W. Andrew Figel*
    W. Andrew Figel, Esq.
    Heather Thomas, Esq.
    HALL & EVANS, LLC
    1001 17th Street, Suite 300
    Denver, CO 80202
    Phone: 303.628.3300
    thomash@hallevans.com
    figelw@hallevans.com

*Attorneys for Defendant Roto-Rooter Services Company*

By: *s/ Mark C. Willis*
    Mark C. Willis, Esq.
    KUTAK ROCK LLP
    2001 16th Street, Suite 1800
    Denver, CO 80202
    Phone: 303.297.2400
    Email: mark.willis@kutakrock.com

*Attorneys for Third Party Defendants Afford-A-Rooter Inc. and Denver Sewer and Water*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March, 2026 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Mark C. Willis
David Edward Kay
Kathleen F. Guilfoyle
KUTAK ROCK LLP
2001 16th Street, Suite 1800
Denver, CO  80202
mark.willis@kutakrock.com
david.kay@kutakrock.com
kathleen.guilfoyle@kutakrock.com

*Attorneys for Third Party Defendants Denver Sewer and Water and Afford-A-Rooter Inc.*

Heather Anderson Thomas
W. Andrew Figel
HALL & EVANS LLC
1001 17th Street
Suite 300
Denver, CO 80202
303-628-3375
Email: thomash@hallevans.com
Email: figelw@hallevans.com

*Attorneys for Defendant Roto-Rooter Services Company*

                                          */s/ Christopher R. Corkadel*