## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02622-TPO

GEORGE WILLIAMS LLLP,

        Plaintiff,

v.

ROTO-ROOTER SERVICES COMPANY,

        Defendant/Third Party Plaintiff,

v.

DENVER SEWER AND WATER; and
AFFORD-A-ROOTER INC.

        Third-Party Defendants.

---

## ORDER OF DISMISSAL OF ACTION WITH PREJUDICE

---

THIS MATTER comes for consideration by this Court, without a hearing, on the parties' Stipulation for Dismissal of Action with Prejudice. This Court, having reviewed the Stipulation, and any responses or objections thereto, and being otherwise familiar with the papers and pleadings in this case, finds good cause to grant the Motion. Accordingly, it is ORDERED that the matter be dismissed with prejudice with the parties to bear their own costs and attorney fees.

DATED this _____ day of _____, 2026.

By the Court:

_____
Timothy P. O'Hara
United States District Court Magistrate Judge