IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02622-TPO

GEORGE WILLIAMS LLLP,

    Plaintiff,

v.

ROTO-ROOTER SERVICES CO.,
a subsidiary of Roto-Rooter Group, Inc.,

    Defendant.

------------------------------------------------

ROTO-ROOTER SERVICES CO.,
a subsidiary of Roto-Rooter Group, Inc.,

    Third-Party Plaintiff,

v.

DENVER SEWER AND WATER and
AFFORD-A-ROOTER, INC.,

    Third-Party Defendants.

---

**MINUTE ORDER**

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on March 6, 2026.**

    This matter comes before the Court upon the Parties' Stipulation for Dismissal of Action with Prejudice. ECF 69. All Parties give notice that all claims (that were or could have been asserted in this action) are voluntarily dismissed and that this civil action is voluntarily dismissed in its entirety. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties' stipulated dismissal is self-effectuating. Accordingly, this matter was dismissed with prejudice as of the filing of their Joint Stipulation.

    The Clerk of Court is directed to **close** the case.